

# MIAMI-DADE COUNTY CLERK OF THE COURTS
## HARVEY RUVIN

**KIMBERLY HUDGE VS RACETRAC PETROLEUM, INC.**

| | | | |
|---|---|---|---|
| Local Case Number: | 2021-004697-CA-01 | Filing Date: | 02/25/2021 |
| State Case Number: | 132021CA004697000001 | Judicial Section: | CA32 |
| Consolidated Case No.: | N/A | Case Type: | Comm Premises Liability |
| Case Status: | OPEN | | |

👥 Parties — Total Of Parties: 2 ＋

🔧 Hearing Details — Total Of Hearings: 0 ＋

🔊 Dockets — Total Of Dockets: 19 ➖

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 18 | 07/20/2021 | | Notice Of Serving Proposal For Settlement | Event | |
| 📄 | 17 | 06/16/2021 | | Response to Request for Production | Event | |
| 📄 | 16 | 06/16/2021 | | Response to Request for Admissions | Event | **PLAINTIFF'S** |
| 📄 | 15 | 06/16/2021 | | Notice of Answer to Interrogatories | Event | **PLAINTIFF'S** |
| 📄 | 14 | 05/17/2021 | | Motion for Extension of Time | Event | Parties: Orenstein Jessica A; Hudge Kimberly |
| 📄 | 13 | 04/16/2021 | | Request for Admissions | Event | |
| 📄 | 12 | 04/16/2021 | | Notice of Production | Event | |
| 📄 | 11 | 04/16/2021 | | Email Notice: | Event | **EMAIL ADDRESS:** |
| 📄 | 10 | 04/16/2021 | | Notice of Interrogatory | Event | |

| | 9 | 04/16/2021 | Request for Production | Event | |
| | 8 | 04/16/2021 | Answer and Affirmative Defense | Event | Parties: Racetrac Petroleum Inc. |
| | | 03/03/2021 | 20 Day Summons Issued | Service | |
| | 7 | 03/03/2021 | ESummons 20 Day Issued | Event | Parties: Racetrac Petroleum Inc. |
| | 6 | 03/02/2021 | Request for Release of Funds | Event | |
| | 5 | 03/02/2021 | Receipt: | Event | RECEIPT#:2510052 AMT PAID:$60.00 NAME:ORENSTEIN, JESSICA A 9130 S. DADELAND BLVD. SUITE 1209 MIAMI FL 33156 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3117-REOPEN CASE FEE 1 $50.00 $50.00 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING ACH TENDER AMT:$60.00 RECEIPT DATE:03/02/2021 REGISTER#:251 CASHIER:EFILINGUSER |
| | 3 | 02/27/2021 | Receipt: | Event | RECEIPT#:2540024 AMT PAID:$401.00 NAME:ORENSTEIN, JESSICA A 9130 S. DADELAND BLVD. SUITE 1209 MIAMI FL 33156 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AMT:$401.00 RECEIPT DATE:02/27/2021 REGISTER#:254 CASHIER:EFILINGUSER |
| | 4 | 02/26/2021 | (A) 20 Day (C) Summons (Sub) Received | Event | |
| | 2 | 02/25/2021 | Complaint | Event | |
| | 1 | 02/25/2021 | Civil Cover Sheet - Claim Amount | Event | |

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I.    **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

<u>Kimberly Hudge</u>
Plaintiff                                                    Case # _____
                                                             Judge _____

vs.

<u>Racetrac Petroleum, Inc.</u>
Defendant

II.    **AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☒ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

III.    **TYPE OF CASE**       (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☒ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

  1

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Jessica Ariel Orenstein Esq.    Fla. Bar # 127182
    Attorney or party    (Bar # if attorney)

Jessica Ariel Orenstein Esq.    02/25/2021
  (type or print name)    Date

**In the Circuit Court of the 11th Judicial Circuit in and for Miami Dade County, Florida**

**KIMBERLY HUDGE**,                                            **CASE NO.:**

        Plaintiff,

v.

**RACETRAC PETROLEUM, INC.,**

        Defendant.

_____/

## COMPLAINT

COMES NOW, Plaintiff, Kimberly Hudge (hereinafter referred to as "Plaintiff"), by and through the undersigned attorneys, and hereby sues the Defendant, Racetrac Petroleum, Inc. (hereinafter referred to as "Defendant"), and alleges:

## GENERAL ALLEGATIONS

1.      This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs and interest. (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court).  Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only).  The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2.      At all times material hereto, Plaintiff was and is a resident of Miami-Dade County, Florida and was and is *sui juris*.

3.     At all times material hereto, the Defendant was a business registered to operate in the state of Florida and maintained a property for the regular transaction of its business in Miami-Dade County, Florida.

4.     At all times material hereto, the Defendant was in exclusive possession, custody, and control of the property located at 14201 NW 57th Ave., Opa-locka, FL 33054.

5.     At all times material hereto, the Defendant expressly assumed responsibility for the maintenance and cleanliness of the aforementioned premises and had a duty to maintain same in a reasonably safe condition for the use of business invitees and guests.

6.     Venue is proper in this Court as the Defendant conducts its business operations within Miami-Dade County, Florida and the incident giving rise to this action occurred in Miami-Dade County, Florida.

## FACTS GIVING RISE TO CAUSE OF ACTION

7.     On or about January 12, 2019, Plaintiff was a lawfully present business invitee on the Defendant's premises as indicated above. This premises was, at that time and continues to be, in the custody of, and operated by, the Defendant.

8.     At that time and place, Plaintiff went to the drink fountain to get a tea. Plaintiff pushed her cup under the fountain and got some tea. Plaintiff sampled two flavors but none of them tasted sweet. Plaintiff asked the manager about the flavor of the tea and was informed the machine was being cleaned and she had just ingested disinfectant.

9.     As a result of the food poisoning, Plaintiff sustained bodily injury, including loss of organ function.

### COUNT I - PREMISES LIABILITY AS TO RACETRAC PETROLEUM, INC.

Plaintiff hereby incorporates and re-alleges paragraphs 1 through 9 above as though they had been set forth herein and further states:

10.     At all times material hereto, the Defendant by and through its employees, agents, and assigns, had a non-delegable duty to Plaintiff, as its business invitee, to maintain its premises in a reasonably safe condition, and to protect Plaintiff from dangers or defects about which the Defendant was or should have been aware, through the use of ordinary and reasonable care.  The Defendant breached its duty to Plaintiff by committing one or more of the following acts or omissions:

   a)  Negligently failing to maintain or adequately maintain drinks served to Plaintiff, thus creating a hazardous condition to members of the public utilizing Defendant's drink fountain, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

   b)  Negligently failing to develop and enforce adequate sanitation procedures for employees and the tools utilized to sanitize the drinking fountain.

   c)  Negligently failing to inspect or adequately inspect the drink fountain used by Plaintiff, as specified above, to ascertain whether the contents of the drinks served constituted a hazard to patrons purchasing drinks from Defendant's machine, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

   d)  Negligently failing to inspect or adequately warn the Plaintiff of the danger of the disinfectant and potential poisoning from the drinks

served to Plaintiff, when Defendant knew or through the exercise of reasonable care should have known that said drinks was unreasonably dangerous and that Plaintiff was unaware of same; and

e) Negligently failing to correct or adequately correct the unreasonably dangerous condition of the drink machine on Defendant's premises served to Plaintiff, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

f) Negligently failing to warn the Plaintiff of said dangerous condition when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care;

g) Negligently failing to barricade, restrict, or otherwise prevent persons such as Plaintiff from encountering the hazardous condition on its premises as described above;

h) Negligently failing to implement appropriate and reasonable safety protocols and procedures to prevent injury to business invitees such as Plaintiff;

i) Negligently failing to enact and/or implement appropriate and reasonable training of its employees to prevent injury to business invitees such as Plaintiff;

11.     As a direct and proximate result of the Defendant's negligence as alleged above, Plaintiff suffered injury including a permanent injury to the body as a whole, including but not

4

limited to pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, activation of a latent condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings in the past, and loss of ability to earn money in the future.  These losses are either permanent or continuing and Plaintiff will suffer these losses in the future.

WHEREFORE, Plaintiff, KIMBERLY HUDGE, demands judgment in her favor against the Defendant, RACETRAC PETROLEUM, INC., in excess of the minimum jurisdictional limits of this Court for compensatory damages, including incidental and consequential damages, post-judgement interest, costs, attorney's fees, and for any other relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff, KIMBERLY HUDGE, demands trial by jury on all issues triable as of right by jury.

Dated this 25th day of February, 2021.

By: <u>Jessica A. Orenstein, Esq.</u>
Florida Bar Number:  127182
MORGAN & MORGAN, P.A.
*Attorneys for Plaintiff*
703 Waterford Way, Suite 1050
Miami, FL 33126
Telephone:  786-598-5563
Facsimile:  786-598-5583
jorenstein@forthepeople.com
malsopp@forthepeople.com

Document No. 3

Receipt:

**RECEIPT#:2540024 AMT PAID:$401.00 NAME:ORENSTEIN, JESSICA A 9130 S. DADELAND BLVD. SUITE 1209 MIAMI FL 33156 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AMT:$401.00 RECEIPT DATE:02/27/2021 REGISTER#:254 CASHIER:EFILINGUSER**

Filing # 122144783 E-Filed 02/26/2021 12:03:09 PM

| X IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |||

| DIVISION<br>X CIVIL      ☒ OTHER<br>☐ DISTRICTS | **SUMMONS 20 DAY CORPORATE SERVICE**<br>**(a) GENERAL FORMS** | **CASE NUMBER**<br>2021-004697-CA-01 |
|---|---|---|
| **PLAINTIFF(S)**<br><br>Kimberly Hudge | **VS.  DEFENDANT(S)**<br><br>Racetrac Petroleum, Inc. | **SERVICE** |

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action

on defendant(s): Racetrac Petroleum, Inc.

By Serving Its Registered Agent:    Corporate Creations Network, Inc.
11380 Prosperity Farms Road, Suite #221E

Palm Beach Gardens, FL 33410

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney:  Jessica A. Orenstein, Esq., Morgan & Morgan, P.A.

whose address is:  703 Waterford Way, Suite 1050, Miami, Florida 33126
(305) 929-1901

jorenstein@forthepeople.com; malsopp@forthepeople.com

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| | | DATE |
|---|---|---|
| **HARVEY RUVIN**<br><br>**CLERK of COURTS** | | |
| | DEPUTY CLERK | |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

Document No. 5

Receipt:

**RECEIPT#:2510052 AMT PAID:$60.00 NAME:ORENSTEIN, JESSICA A 9130 S. DADELAND BLVD. SUITE 1209 MIAMI FL 33156 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3117-REOPEN CASE FEE 1 $50.00 $50.00 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING ACH TENDER AMT:$60.00 RECEIPT DATE:03/02/2021 REGISTER#:251 CASHIER:EFILINGUSER**

Filing # 122291436 E-Filed 03/02/2021 08:29:20 AM

## CLERK OF THE CIRCUIT AND COUNTY COURTS
### Miami-Dade County



## <u>E-FILING REFUND REQUEST</u>

| Contact Information | |
| --- | --- |
| Date of Request:<br>3/1/2021 | |
| Attorney or Registered Organization's Name:<br>Jessica Orenstein | Attorney's Bar # or Registered Organization's #:<br>127182 |
| Telephone:<br>(786) 598-5563 | E-mail Address:<br>jorenstein@forthepeople.com |
| **Original Transaction** | |
| Email to location originally filed:<br>COCCircuitCivilRefund@Miamidade.gov ▾ | |
| Date Filed:<br>2/26/2021 | E-Filing #:<br>122144783 |
| Amount Originally Paid:<br>$ 51.75 | Local Case #:<br>2021-004697 CA 01 |
| **Refund Information** | |

Requested Refund Amount: $ 51.75

Make Refund Payable to:

☒ Registered Attorney                    ☐ Registered Organization

Name: Jessica Orenstein                    Name: _____

Address: 703 Waterford Way, Suite 1050, Miami, FL 33126    Address: _____

703 Waterford Way, Suite 1050, Miami, FL 33126    _____

Authorizing Signature: *Jessica Orenstein*

Reason for Refund: My paralegal was filing a (20) Corporate Summons & inadvertently cliecked on (open case) above

the total amount of Defendants box.

_____

_____

Clerk's web address: www.miami-dadeclerk.com

Filing # 122144783 E-Filed 02/26/2021 12:03:09 PM

X IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION<br>X CIVIL  ☒ OTHER<br>☐ DISTRICTS | SUMMONS 20 DAY CORPORATE SERVICE<br>(a) GENERAL FORMS | CASE NUMBER<br>2021-004697-CA-01 |
|---|---|---|
| PLAINTIFF(S)<br><br>Kimberly Hudge | VS.  DEFENDANT(S)<br><br>Racetrac Petroleum, Inc. | SERVICE |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action

on defendant(s): Racetrac Petroleum, Inc.

By Serving Its Registered Agent:   Corporate Creations Network, Inc.

11380 Prosperity Farms Road, Suite #221E

Palm Beach Gardens, FL 33410

Each defendant is required to serve written defense to the complaint or petition on

Plaintiff's Attorney: Jessica A. Orenstein, Esq., Morgan & Morgan, P.A.

whose address is: 703 Waterford Way, Suite 1050, Miami, Florida 33126

(305) 929-1901

jorenstein@forthepeople.com; malsopp@forthepeople.com

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies,**

or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to 768.28, Florida Statutes, the time to respond shall be 30 days." after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| | DATE |
|---|---|
| HARVEY RUVIN<br>CLERK of COURTS | 3/3/2021 |

310009

DEPUTY CLERK

## AMERICANS WITH DISABILITIES ACT OF 1990

### ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

Clerk's web address: www.miami-dadeclerk.com

No Document Number

| | | |
|---|---|---|
| 03/03/2021 | 20 Day Summons Issued | Service |

Document No. 5

Receipt:

**RECEIPT#:2510052 AMT PAID:$60.00 NAME:ORENSTEIN, JESSICA A 9130 S. DADELAND BLVD. SUITE 1209 MIAMI FL 33156 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3117-REOPEN CASE FEE 1 $50.00 $50.00 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING ACH TENDER AMT:$60.00 RECEIPT DATE:03/02/2021 REGISTER#:251 CASHIER:EFILINGUSER**

Document No. 3

Receipt:

**RECEIPT#:2540024 AMT PAID:$401.00 NAME:ORENSTEIN, JESSICA A 9130 S. DADELAND BLVD. SUITE 1209 MIAMI FL 33156 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100- CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AMT:$401.00 RECEIPT DATE:02/27/2021 REGISTER#:254 CASHIER:EFILINGUSER**

Filing # 125043386 E-Filed 04/16/2021 09:18:22 AM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, STATE OF FLORIDA
CIVIL DIVISION

KIMBERLY HUDGE,

    Plaintiff,

v.                               CASE NO.: 21-4697CA-01

RACETRAC PETROLEUM, INC.,

    Defendant.

_____/

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

    Defendant, RaceTrac Petroleum, Inc., by and through its undersigned attorney and hereby

serves this, its Answer and Affirmative Defenses to Plaintiff's Complaint and states as follows:

## GENERAL ALLEGATIONS

1. Admit for jurisdictional purposes only; otherwise deny.

2. Without knowledge.

3. Admit for venue purposes only.

4. Admit.

5. Deny as stated.

6. Without knowledge at this time.

## FACTS GIVING RISE TO CAUSE OF ACTION

7. Without knowledge.

8. Without knowledge.

9. Deny.

## COUNT I – PREMISES LIABILITY AS TO RACETRAC PETROLEUM, INC.

348393

10. Deny.

11. Deny.

## FIRST AFFIRMATIVE DEFENSE

Defendant states that at the time and place set forth in the Complaint, Plaintiff was guilty of negligence, which negligence was either the sole proximate cause of the event described in the Complaint, or in the alternative contributed thereto, and Plaintiff is therefore either barred from recovery, or in the alternative, any damages awarded Plaintiff against this Defendant should be reduced pursuant to the Rule of Comparative Negligence.

## SECOND AFFIRMATIVE DEFENSE

Defendant states that the Plaintiff has received monies from collateral sources and/or contractual discounts and/or adjustments, and/or write-offs, for which no right of subrogation exists, and Defendant is entitled to a set-off to the extent of the contractual discounts and/or to the extent of said funds received from collateral sources.

## RESERVATION OF RIGHTS

Defendant reserves the right to seek leave to amend our Affirmative Defenses as discovery progresses.

## DEMAND FOR JURY TRIAL

Defendant hereby demands a trial by jury on all issues so triable.

## CERTIFICATE OF SERVICE

348393

2

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished by e-mail delivery to Jessica A. Orenstein, Attorney for the Plaintiff, (jorenstein@forthepeople.com; malsopp@forthepeople.com, Morgan and Morgan PA, 703 Waterford Way, Suite 1050, Miami, FL, 33126) on this 16th day of April, 2021.

By:   /s/ Jeffrey P. Winkler
       Jeffrey P. Winkler, Esquire
       Banker Lopez Gassler P.A.
       Service: service-jwinkler@bankerlopez.com
       360 Central Ave., Suite 700
       St. Petersburg, Florida 33701
       Phone: (727) 825-3600
       Fax: (727) 821-1968
       FBN: 0358241
       Attorney for the Defendant

348393

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT**
**IN AND FOR MIAMI-DADE COUNTY, STATE OF FLORIDA**
**CIVIL DIVISION**

KIMBERLY HUDGE,

    **Plaintiff,**

v.                        **CASE NO.: 21-4697CA-01**

RACETRAC PETROLEUM, INC.,

    **Defendant.**

_____/

## REQUEST FOR PRODUCTION

    The Defendants, by and through the undersigned attorney, and pursuant to the Rules of Civil Procedure, hereby requests the Plaintiffs to produce for inspection and/or copying by counsel for Defendants, the following documents; said documents to be produced either by mail or by attendance, at the offices of BANKER LOPEZ GASSLER P.A., 360 Central Avenue, Suite 900, St. Petersburg, Florida and said documents to be produced on or before thirty (30) days from receipt hereof:

    1.    Federal Income Tax Returns and W-2 Forms for the Plaintiff for the three years preceding the date of the incident and to the present date, or alternately, return the executed Request for Copy of Tax Form which is attached.

    2.    Itemized medical bills incurred by Plaintiff and all medical reports rendered by Plaintiff's treating and examining physicians as a result of the subject incident.

    3.    Any and all statements taken from Defendant or any witnesses in the above cause.

    4.    Any and all photographs concerning the subject incident, including, but not limited to the scene, property involved in depicting damages received.

    5.    All photographs, slides, movie films, and video tapes taken of the Plaintiff or any Defendant including the Plaintiff or Defendant's property involved in this accident.

    6.    Any and all documents of whatever nature or kind which evidence <u>any and all</u> payments made to the Plaintiff on her behalf as a result of this accident.

    7.    A certified copy of any policy of insurance which might provide coverage for any of the damages described in the Complaint, including the declaration sheet for any such policy for the period which includes the date of the accident described in the Complaint.

348393

8.      If any document is withheld on any claim of privilege, or otherwise, pursuant to current law, set forth the following:

  a.      the basis of the privilege claim;

  b.      the author of the document;

  c.      the date of the document;

  d.      the recipient or intended recipient of the document;

  e.      a brief description of the substance of the document;

  f.      all persons who received copies of the document or were shown copies of the document, along with an identification of each such person.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished by e-mail delivery to Jessica A. Orenstein, Attorney for the Plaintiff, (jorenstein@forthepeople.com; malsopp@forthepeople.com, Morgan and Morgan PA, 703 Waterford Way, Suite 1050, Miami, FL, 33126) on this 16th day of April, 2021.

By:   /s/ Jeffrey P. Winkler
Jeffrey P. Winkler, Esquire
Banker Lopez Gassler P.A.
Service: service-jwinkler@bankerlopez.com
360 Central Ave., Suite 700
St. Petersburg, Florida 33701
Phone: (727) 825-3600
Fax: (727) 821-1968
FBN: 0358241
Attorney for the Defendant

348393

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT**
**IN AND FOR MIAMI-DADE COUNTY, STATE OF FLORIDA**
**CIVIL DIVISION**

**KIMBERLY HUDGE,**

    **Plaintiff,**

**v.**                                                                  **CASE NO.: 21-4697CA-01**

**RACETRAC PETROLEUM, INC.,**

    **Defendant.**

_____/

<u>**NOTICE OF SERVING INTERROGATORIES**</u>

TO:    Kimberly Hudge

    The Defendant, by counsel undersigned, hereby serves notice pursuant to Rule 1.340,

Florida Rules of Civil Procedure, of service of interrogatories number 1 through 23, inclusive,

answers to which will be due within thirty (30) days from the date of service.

<u>**CERTIFICATE OF SERVICE**</u>

    I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished by e-mail delivery to Jessica A. Orenstein, Attorney for the Plaintiff, (jorenstein@forthepeople.com; malsopp@forthepeople.com, Morgan and Morgan PA, 703 Waterford Way, Suite 1050, Miami, FL, 33126) on this 16th day of April, 2021.

                                   By:   /s/ Jeffrey P. Winkler
                                          Jeffrey P. Winkler, Esquire
                                          Banker Lopez Gassler P.A.
                                          Service: service-jwinkler@bankerlopez.com
                                          360 Central Ave., Suite 700
                                          St. Petersburg, Florida 33701
                                          Phone: (727) 825-3600
                                          Fax: (727) 821-1968
                                          FBN: 0358241
                                          Attorney for the Defendant

## **GENERAL NEGLIGENCE**

1.    What is the name and address of the person answering these interrogatories, and if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

NAME:

ADDRESS:

OFFICIAL POSITION:

2.    List the names, business addresses, dates of employment and rates of pay regarding all employers, including self-employment, for whom you have worked in the past ten years.

| NAME AND ADDRESS OF EMPLOYER | DATE OF EMPLOYMENT | RATE OF PAY |
|---|---|---|

348393

3.      List all former names and when you were known by those names. State all addresses where you have lived for the past ten years, the dates you lived at each address, your social security number, your date of birth, and if you are or have ever been married, the name of your spouse or spouses.

FORMER NAMES AND YEARS GOING BY SUCH NAME:

ADDRESSES FOR PAST 10 YEARS:                    DATES AT EACH ADDRESS:

SOCIAL SECURITY NO.        DATE OF BIRTH        ALL SPOUSES NAMES:____

4.      Do you wear glasses, contact lenses or hearing aids? If so, who prescribed them; when were they prescribed; when were your eyes or ears last examined; and what is the name and address of the examiner?

|  | WHO PRESCRIBED | WHEN PRESCRIBED | DATE OF LAST EXAMINATION |
|---|---|---|---|
| GLASSES        : | | | |
| CONTACT LENS: | | | |
| HEARING AID  : | | | |

348393

5.      Have you ever been convicted of a crime, other than any juvenile adjudication, which under the law under which you were convicted, was punishable by death or imprisonment in excess of one year, or that involved dishonesty or a false statement regardless of the punishment? If so, state as to each conviction, the special crime, the date and the place of conviction.

| SPECIFIC CRIME | DATE OF CONVICTION | CITY, COUNTY and STATE OF CONVICTION |
| --- | --- | --- |

6.      Were you suffering from physical infirmity, disability, or sickness at the time of the incident described in the complaint? If so, what was the nature of the infirmity, disability, or sickness?

348393

7.     Did you consume any alcoholic beverages or take any drugs or medication within twelve hours before the time of the incident described in the complaint? If so, state the type and amount of alcoholic beverages, drugs or medication which were consumed and when and where you consumed them.

TYPE          WHERE CONSUMED      WHEN CONSUMED

ALCOHOL       :

DRUGS         :

MEDICATIONS:

8.     Describe in detail how the incident described in the complaint happened, including all actions taken by you to prevent the incident.

How accident happened:

Actions taken to prevent accident:

5

348393

9.      Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

10.     Were you charged with any violation of law (including any regulations or ordinances) arising out of the incident described in the complaint? If so, what was the nature of the charge; what plea, or answer, if any, did you enter to the charge; what court or agency heard the charge; was any written report prepared by anyone regarding this charge, and if so, what is the name and address of the person or entity that prepared the report; do you have a copy of the report; and was the testimony at any trial, hearing, or other proceeding on the charge recorded in any manner, and, if so what was the name and address of the person who recorded the testimony?

Nature of charge: _____

Type plea or
answer made _____

Court or agency
hearing charge: _____

Was testimony taken
and recorded? _____

Name/address of person
recording testimony _____

Any written
report prepared: _____

Name/address of person
preparing report: _____

Location(s) of report or copy of report: _____

348393

11.     Describe each injury for which you are claiming damages in this case, specifying the part of your body that was injured, the nature of the injury, and, as to any injuries you contend are permanent, the effects on you that you claim are permanent.

<u>DESCRIBE INJURY</u>          <u>PART OF BODY INJURED</u>          <u>NATURE OF INJURY</u>

<u>DESCRIBE PERMANENT EFFECTS OF INJURY ON YOU, IF ANY.</u>

12.     List each item of expense or damage, other than loss of income or earning capacity, that you claim to have incurred as a result of the incident described in the complaint, giving for each item the date incurred, the name and business address to whom each was paid or is owed, and the goods or services for which each was incurred.

<u>SERVICE OR ITEM</u>          <u>DATE<br>INCURRED</u>     <u>AMOUNT</u>     <u>TO WHOM OWED OR PAID</u>

348393

13.     Do you contend that you have lost any income, benefits, or earning capacity in the past or future as a result of the incident described in the complaint? If so, state the nature of the income, benefits, or earning capacity, and the amount and the method that you used in computing the amount.

NATURE OF INCOME, BENEFITS OR                               AMOUNT LOST
EARNING CAPACITY LOST OR TO BE LOST                       OR TO BE LOST

METHOD OF CALCULATION

14.     Has anything been paid or is anything payable from any third party for the damages listed in your answers to these interrogatories. If so, state the amounts paid or payable, the name and business address of the person or entity who paid or owes said amounts, and which of those third parties have or claim a right of subrogation.

AMOUNTS PAID OR PAYABLE
FROM THIRD PARTIES                        NAME AND ADDRESS OF PAYOR

IS A SUBROGATION RIGHT CLAIMED BY THIRD PARTY?

348393

15.     List the names and business addresses of each physician who has treated or examined you, and each medical facility where you have received any treatment or examination for the injuries for which you seek damages in this case; and state as to each the date of treatment or examination and the injury or condition for which you were examined or treated.

EXAMINING/TREATING                              AREA OF BODY
PHYSICIAN and/or FACILITY                        EXAMINED/TREATED

CONDITION EXAMINED & TREATED                DATES OF EXAM/TREATMENT

348393

9

16.     List the names and business addresses of all other physicians, medical facilities or other health care providers by whom or at which you have been examined or treated in the past ten years; and state as to each the dates of examination or treatment and the condition or injury for which you were examined or treated.

EXAMINING/TREATING                          AREA OF BODY
PHYSICIAN and/or FACILITY _____        EXAMINED/TREATED ____

CONDITION EXAMINED & TREATED _____      DATES OF EXAM/TREATMENT

348393

17.     List the names and addresses of all persons who are believed or known by you, your agents or attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

NAME AND ADDRESS OF PERSON            SUBJECT MATTER OF KNOWLEDGE

18.     Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it and the date, time, place and substance of each statement.

NAME & ADDRESS OF PERSON            NAME & ADDRESS OF PERSON
MAKING STATEMENT            HEARING STATEMENT

CONTENT OF STATEMENT MADE OR HEARD:

DATE AND TIME OF STATEMENT            PLACE STATEMENT MADE

348393

19.     State the names and addresses of every person known to you, your agents, or attorneys, who has knowledge about, or possession, custody or control of any model, plat, map drawing, motion picture video tape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

NAME OF PERSON WITH KNOWLEDGE  DESCRIPTION OF ITEM

NAME & ADDRESS OF PERSON
IN POSSESSION         DATE PREPARED

20.     Do you intend to call any expert witnesses at the trial of this case? If so, state as to each such witness the name and business address of the witness, the witness's qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

NAME & ADDRESS OF EXPERT WITNESS  QUALIFICATION OF EXPERT

SUBJECT MATTER OF        SUBSTANCE OF OPINIONS
EXPECTED TESTIMONY:       AND/OR TESTIMONY

SUMMARY OF GROUNDS FOR OPINION:

348393

21.     Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case? If so, state the terms of the agreement and the parties to it.

TERMS OF AGREEMENT                              NAMES OF PARTIES TO AGREEMENT

22.     Please state if you have ever been a party, either plaintiff or defendant, in a lawsuit other than the present matter and if so, state whether you were plaintiff or defendant, the nature of the action, and the date and court in which such suit was filed.

PLAINTIFF or DEFENDANT                          NATURE OF ACTION

COURT SUED IN                                   DATE ACTION FILED

23.     Please identify your primary care physician and internal medicine doctors and the identity of all ER visits for the 5 years before the incident (1/12/19) thru present.

348393

_____
Affiant

STATE OF

COUNTY OF


    The foregoing instrument was acknowledged before me by _____

this _____ day of _____, 20_____, who is personally known to me or who has produced

_____ as identification and who did/did not take an oath.

NOTARY PUBLIC

Signature:_____

Printed Name:_____

My Commission Expires:

348393

14

# IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, STATE OF FLORIDA
### CIVIL DIVISION

**KIMBERLY HUDGE,**

    **Plaintiff,**

**v.**                        **CASE NO.: 21-4697CA-01**

**RACETRAC PETROLEUM, INC.,**

    **Defendant.**

_____/

## DESIGNATION OF EMAIL ADDRESS

Defendant, RaceTrac Petroleum, Inc., by and through undersigned counsel and pursuant to Florida Rule of Judicial Administration 2.516, hereby designates the following e-mail address for their counsel:

    Jeffrey P. Winkler, Esquire
    Primary e-mail:  service-jwinkler@bankerlopez.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished by e-mail delivery to Jessica A. Orenstein, Attorney for the Plaintiff, (jorenstein@forthepeople.com; malsopp@forthepeople.com, Morgan and Morgan PA, 703 Waterford Way, Suite 1050, Miami, FL, 33126) on this 16th day of April, 2021.

                  By:  /s/ Jeffrey P. Winkler
                      Jeffrey P. Winkler, Esquire
                      Banker Lopez Gassler P.A.
                      Service: service-jwinkler@bankerlopez.com
                      360 Central Ave., Suite 700
                      St. Petersburg, Florida 33701
                      Phone: (727) 825-3600
                      Fax: (727) 821-1968
                      FBN: 0358241
                      Attorney for the Defendant

348393

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT**
**IN AND FOR MIAMI-DADE COUNTY, STATE OF FLORIDA**
**CIVIL DIVISION**

**KIMBERLY HUDGE,**

    **Plaintiff,**

**v.**

                           **CASE NO.: 21-4697CA-01**

**RACETRAC PETROLEUM, INC.,**

    **Defendant.**

_____/

## NOTICE OF PRODUCTION FROM NON-PARTY

    **YOU ARE HEREBY NOTIFIED** that after ten days from the date of service of this notice, if service is by hand or fax delivery, or fifteen days from the date of service, if service is by mail, and if no objection is received from any party, the undersigned will issue or apply to Clerk of this Court for issuance of the attached subpoena directed to: See attached list, who are not parties to this action, to produce the items listed at the time and place specified in said subpoena.

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished by e-mail delivery to Jessica A. Orenstein, Attorney for the Plaintiff, (jorenstein@forthepeople.com; malsopp@forthepeople.com, Morgan and Morgan PA, 703 Waterford Way, Suite 1050, Miami, FL, 33126) on this 16th day of April, 2021.

By: /s/ Jeffrey P. Winkler
        Jeffrey P. Winkler, Esquire
        Banker Lopez Gassler P.A.
        Service: service-jwinkler@bankerlopez.com
        360 Central Ave., Suite 700
        St. Petersburg, Florida 33701
        Phone: (727) 825-3600
        Fax: (727) 821-1968
        FBN: 0358241
        Attorney for the Defendant

348393

Jackson North Medical Center
160 NW 170 Street
North Miami Beach, L 33169

Jackson Health System
1611 NW 12 Avenue
Miami, Florida

University of Miami Hospital
1400 NW 12 Avenue, Suite 2005\
Miami, FL 33136

UMH South Professional
1295 NW 14th Street, Suite K/L
Miami, FL 33125

North Shore Medical Center
1100 NW 95 Street
Miami, FL 33150

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT**
**IN AND FOR MIAMI-DADE COUNTY, STATE OF FLORIDA**
**CIVIL DIVISION**

**KIMBERLY HUDGE,**

    **Plaintiff,**

**v.**                               **CASE NO.: 21-4697CA-01**

**RACETRAC PETROLEUM, INC.,**

    **Defendant.**

_____/

**SUBPOENA DUCES TECUM WITHOUT DEPOSITION**

STATE OF FLORIDA
Records Custodian
Jackson North Medical Center
160 NW 170 Street
North Miami Beach, L 33169

**YOU ARE COMMANDED TO APPEAR AT THE OFFICES OF BANKER LOPEZ GASSLER P.A. 360 CENTRAL AVENUE, SUITE 700, ST. PETERSBURG, FLORIDA, ON MAY 17, 2021  AT 10:00 A.M. AND TO HAVE WITH YOU AT THE TIME AND PLACE THE FOLLOWING:**

You may comply with this Subpoena by providing legible copies of the items to be produced to

the attorney whose name appears on this Subpoena prior to the scheduled date of production.

                    Complete and entire records, including, but not limited to all
                    narrative reports, patient information, office notes, consultation
                    reports, diagnostic studies, correspondence, xray reports, itemized
                    statements of account, incident reports, or any other record of any
                    kind or nature that the above-named has in his or its possession
                    pertaining to the care and treatment of Kimberly Hudge, Date of
                    Birth  Social Security No.  ***-**-

These items will be inspected and may be copied at that time.  You will not be required to

surrender the original documents.

THIS WILL NOT BE A DEPOSITION.  NO TESTIMONY WILL BE TAKEN

You may condition the preparation of the copies upon payment in advance for reasonable costs of preparation.  You may mail or deliver the copies to the attorney whose name appears on this Subpoena and thereby eliminate your appearance at the time and place specified above.  You have the right to object to the production pursuant to this Subpoena at any time before production by giving written notice to the attorney whose name appears on this Subpoena.

If you fail to (1) appear as specified; or (2) furnish the records instead of appearing as provided above; or (3) object to this Subpoena, YOU MAY BE IN CONTEMPT OF COURT.  You are subpoenaed by the attorney whose name appears on this Subpoena and, unless excused from this Subpoena by that attorney or the Court, you shall respond to this Subpoena as directed.

DATED:  APRIL 26, 2021

I HEREBY CERTIFY that written notice has been provided to the individual whose documents are sought, that the notice included sufficient information about the litigation or proceeding to permit the individual to raise an objection to the production of the requested documents, and that the time to raise an objection has elapsed and no objection was filed.

BANKER LOPEZ GASSLER P.A.
360 Central Avenue, Suite 700
St. Petersburg, FL  33701
(727) 825-3600
Fax No: (727) 821-1968

By:_____
Jeffrey P. Winkler
Attorney for Defendant
      Florida Bar No: 0358241; SPN 00358146

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, STATE OF FLORIDA
CIVIL DIVISION**

**KIMBERLY HUDGE,**

    **Plaintiff,**

**v.**                                  **CASE NO.: 21-4697CA-01**

**RACETRAC PETROLEUM, INC.,**

    **Defendant.**

_____/

**SUBPOENA DUCES TECUM WITHOUT DEPOSITION**

STATE OF FLORIDA
Records Custodian
University of Miami Hospital
1400 NW 12 Avenue, Suite 2005\
Miami, FL 33136

**YOU ARE COMMANDED TO APPEAR AT THE OFFICES OF BANKER LOPEZ
GASSLER P.A. 360 CENTRAL AVENUE, SUITE 700, ST. PETERSBURG, FLORIDA,
ON MAY 17, 2021  AT 10:00 A.M. AND TO HAVE WITH YOU AT THE TIME AND
PLACE THE FOLLOWING:**

You may comply with this Subpoena by providing legible copies of the items to be produced to

the attorney whose name appears on this Subpoena prior to the scheduled date of production.

> Complete and entire records, including, but not limited to all
> narrative reports, patient information, office notes, consultation
> reports, diagnostic studies, correspondence, xray reports, itemized
> statements of account, incident reports, or any other record of any
> kind or nature that the above-named has in his or its possession
> pertaining to the care and treatment of Kimberly Hudge, Date of
> Birth  Social Security No.  ***-**-

These items will be inspected and may be copied at that time.  You will not be required to

surrender the original documents.

THIS WILL NOT BE A DEPOSITION.  NO TESTIMONY WILL BE TAKEN

You may condition the preparation of the copies upon payment in advance for reasonable costs of preparation.  You may mail or deliver the copies to the attorney whose name appears on this Subpoena and thereby eliminate your appearance at the time and place specified above.  You have the right to object to the production pursuant to this Subpoena at any time before production by giving written notice to the attorney whose name appears on this Subpoena.

If you fail to (1) appear as specified; or (2) furnish the records instead of appearing as provided above; or (3) object to this Subpoena, YOU MAY BE IN CONTEMPT OF COURT.  You are subpoenaed by the attorney whose name appears on this Subpoena and, unless excused from this Subpoena by that attorney or the Court, you shall respond to this Subpoena as directed.

DATED:  APRIL 26, 2021

I HEREBY CERTIFY that written notice has been provided to the individual whose documents are sought, that the notice included sufficient information about the litigation or proceeding to permit the individual to raise an objection to the production of the requested documents, and that the time to raise an objection has elapsed and no objection was filed.


BANKER LOPEZ GASSLER P.A.
360 Central Avenue, Suite 700
St. Petersburg, FL  33701
(727) 825-3600
Fax No: (727) 821-1968


By:_____
Jeffrey P. Winkler
Attorney for Defendant
    Florida Bar No: 0358241; SPN 00358146

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, STATE OF FLORIDA
CIVIL DIVISION**

**KIMBERLY HUDGE,**

  **Plaintiff,**

**v.**                                                    **CASE NO.: 21-4697CA-01**

**RACETRAC PETROLEUM, INC.,**

  **Defendant.**

_____/

**SUBPOENA DUCES TECUM WITHOUT DEPOSITION**

STATE OF FLORIDA
Records Custodian
Jackson Health System
1611 NW 12 Avenue
Miami, Florida

**YOU ARE COMMANDED TO APPEAR AT THE OFFICES OF BANKER LOPEZ
GASSLER P.A. 360 CENTRAL AVENUE, SUITE 700, ST. PETERSBURG, FLORIDA,
ON MAY 17, 2021  AT 10:00 A.M. AND TO HAVE WITH YOU AT THE TIME AND
PLACE THE FOLLOWING:**

You may comply with this Subpoena by providing legible copies of the items to be produced to

the attorney whose name appears on this Subpoena prior to the scheduled date of production.

> Complete and entire records, including, but not limited to all
> narrative reports, patient information, office notes, consultation
> reports, diagnostic studies, correspondence, xray reports, itemized
> statements of account, incident reports, or any other record of any
> kind or nature that the above-named has in his or its possession
> pertaining to the care and treatment of Kimberly Hudge, Date of
> Birth  Social Security No.  ***-**-

These items will be inspected and may be copied at that time.  You will not be required to

surrender the original documents.

THIS WILL NOT BE A DEPOSITION.  NO TESTIMONY WILL BE TAKEN

You may condition the preparation of the copies upon payment in advance for reasonable costs of preparation.  You may mail or deliver the copies to the attorney whose name appears on this Subpoena and thereby eliminate your appearance at the time and place specified above.  You have the right to object to the production pursuant to this Subpoena at any time before production by giving written notice to the attorney whose name appears on this Subpoena.

If you fail to (1) appear as specified; or (2) furnish the records instead of appearing as provided above; or (3) object to this Subpoena, YOU MAY BE IN CONTEMPT OF COURT.  You are subpoenaed by the attorney whose name appears on this Subpoena and, unless excused from this Subpoena by that attorney or the Court, you shall respond to this Subpoena as directed.

DATED:  APRIL 26, 2021

I HEREBY CERTIFY that written notice has been provided to the individual whose documents are sought, that the notice included sufficient information about the litigation or proceeding to permit the individual to raise an objection to the production of the requested documents, and that the time to raise an objection has elapsed and no objection was filed.


BANKER LOPEZ GASSLER P.A.
360 Central Avenue, Suite 700
St. Petersburg, FL  33701
(727) 825-3600
Fax No: (727) 821-1968


By:_____
Jeffrey P. Winkler
Attorney for Defendant
      Florida Bar No: 0358241; SPN 00358146

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, STATE OF FLORIDA
CIVIL DIVISION**

**KIMBERLY HUDGE,**

    **Plaintiff,**

**v.**                                                                    **CASE NO.: 21-4697CA-01**

**RACETRAC PETROLEUM, INC.,**

    **Defendant.**

_____/

**SUBPOENA DUCES TECUM WITHOUT DEPOSITION**

STATE OF FLORIDA
Records Custodian
UMH South Professional
1295 NW 14th Street, Suite K/L
Miami, FL 33125

**YOU ARE COMMANDED TO APPEAR AT THE OFFICES OF BANKER LOPEZ
GASSLER P.A. 360 CENTRAL AVENUE, SUITE 700, ST. PETERSBURG, FLORIDA,
ON MAY 17, 2021  AT 10:00 A.M. AND TO HAVE WITH YOU AT THE TIME AND
PLACE THE FOLLOWING:**

You may comply with this Subpoena by providing legible copies of the items to be produced to

the attorney whose name appears on this Subpoena prior to the scheduled date of production.

> Complete and entire records, including, but not limited to all
> narrative reports, patient information, office notes, consultation
> reports, diagnostic studies, correspondence, xray reports, itemized
> statements of account, incident reports, or any other record of any
> kind or nature that the above-named has in his or its possession
> pertaining to the care and treatment of Kimberly Hudge, Date of
> Birth  Social Security No.  ***-**-

These items will be inspected and may be copied at that time.  You will not be required to

surrender the original documents.

THIS WILL NOT BE A DEPOSITION.  NO TESTIMONY WILL BE TAKEN

You may condition the preparation of the copies upon payment in advance for reasonable costs of preparation.  You may mail or deliver the copies to the attorney whose name appears on this Subpoena and thereby eliminate your appearance at the time and place specified above.  You have the right to object to the production pursuant to this Subpoena at any time before production by giving written notice to the attorney whose name appears on this Subpoena.

If you fail to (1) appear as specified; or (2) furnish the records instead of appearing as provided above; or (3) object to this Subpoena, YOU MAY BE IN CONTEMPT OF COURT.  You are subpoenaed by the attorney whose name appears on this Subpoena and, unless excused from this Subpoena by that attorney or the Court, you shall respond to this Subpoena as directed.

DATED:  APRIL 26, 2021

I HEREBY CERTIFY that written notice has been provided to the individual whose documents are sought, that the notice included sufficient information about the litigation or proceeding to permit the individual to raise an objection to the production of the requested documents, and that the time to raise an objection has elapsed and no objection was filed.


BANKER LOPEZ GASSLER P.A.
360 Central Avenue, Suite 700
St. Petersburg, FL  33701
(727) 825-3600
Fax No: (727) 821-1968


By:_____
Jeffrey P. Winkler
Attorney for Defendant
        Florida Bar No: 0358241; SPN 00358146

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, STATE OF FLORIDA
CIVIL DIVISION**

**KIMBERLY HUDGE,**

    **Plaintiff,**

**v.**                               **CASE NO.: 21-4697CA-01**

**RACETRAC PETROLEUM, INC.,**

    **Defendant.**

_____/

**SUBPOENA DUCES TECUM WITHOUT DEPOSITION**

STATE OF FLORIDA
Records Custodian
North Shore Medical Center
1100 NW 95 Street
Miami, FL 33150

**YOU ARE COMMANDED TO APPEAR AT THE OFFICES OF BANKER LOPEZ
GASSLER P.A. 360 CENTRAL AVENUE, SUITE 700, ST. PETERSBURG, FLORIDA,
ON MAY 17, 2021  AT 10:00 A.M. AND TO HAVE WITH YOU AT THE TIME AND
PLACE THE FOLLOWING:**

You may comply with this Subpoena by providing legible copies of the items to be produced to

the attorney whose name appears on this Subpoena prior to the scheduled date of production.

                      Complete and entire records, including, but not limited to all
                      narrative reports, patient information, office notes, consultation
                      reports, diagnostic studies, correspondence, xray reports, itemized
                      statements of account, incident reports, or any other record of any
                      kind or nature that the above-named has in his or its possession
                      pertaining to the care and treatment of Kimberly Hudge, Date of
                      Birth  Social Security No.  ***-**-

These items will be inspected and may be copied at that time.  You will not be required to

surrender the original documents.

THIS WILL NOT BE A DEPOSITION.  NO TESTIMONY WILL BE TAKEN

You may condition the preparation of the copies upon payment in advance for reasonable costs of preparation.  You may mail or deliver the copies to the attorney whose name appears on this Subpoena and thereby eliminate your appearance at the time and place specified above.  You have the right to object to the production pursuant to this Subpoena at any time before production by giving written notice to the attorney whose name appears on this Subpoena.

If you fail to (1) appear as specified; or (2) furnish the records instead of appearing as provided above; or (3) object to this Subpoena, YOU MAY BE IN CONTEMPT OF COURT.  You are subpoenaed by the attorney whose name appears on this Subpoena and, unless excused from this Subpoena by that attorney or the Court, you shall respond to this Subpoena as directed.

DATED:  APRIL 26, 2021

I HEREBY CERTIFY that written notice has been provided to the individual whose documents are sought, that the notice included sufficient information about the litigation or proceeding to permit the individual to raise an objection to the production of the requested documents, and that the time to raise an objection has elapsed and no objection was filed.


BANKER LOPEZ GASSLER P.A.
360 Central Avenue, Suite 700
St. Petersburg, FL  33701
(727) 825-3600
Fax No: (727) 821-1968


By:_____
Jeffrey P. Winkler
Attorney for Defendant
        Florida Bar No: 0358241; SPN 00358146

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, STATE OF FLORIDA
CIVIL DIVISION**

**KIMBERLY HUDGE,**

    **Plaintiff,**

**v.**                           **CASE NO.: 21-4697CA-01**

**RACETRAC PETROLEUM, INC.,**

    **Defendant.**

_____/

## REQUEST FOR ADMISSIONS

    Defendant, RaceTrac Petroleum, Inc., by and through its undersigned attorney, and pursuant to Florida Rules of Civil Procedure 1.370, hereby serves this Request For Admission on Plaintiff, Kimberly Hudge, and requests she admit or deny the following Request within 30 days:

1. Admit that the amount in controversy in this case does not exceed $75,000.00 and if denied, then please list medical expenses, lost wages/earning capacity, and non-economic damages which support your contention that the amount in controversy exceeds $75,000.00.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished by e-mail delivery to Jessica A. Orenstein, Attorney for the Plaintiff, (jorenstein@forthepeople.com; malsopp@forthepeople.com, Morgan and Morgan PA, 703 Waterford Way, Suite 1050, Miami, FL, 33126) on this 16th day of April, 2021.

By:   /s/ Jeffrey P. Winkler
_____
        Jeffrey P. Winkler, Esquire
        Banker Lopez Gassler P.A.
        Service: service-jwinkler@bankerlopez.com
        360 Central Ave., Suite 700
        St. Petersburg, Florida 33701
        Phone: (727) 825-3600
        Fax: (727) 821-1968
        FBN: 0358241
        Attorney for the Defendant

**In the Circuit Court of the 11th Judicial Circuit in and for Miami Dade County, Florida**

**KIMBERLY HUDGE**,                              **CASE NO.:** 2021-004697-CA-01

      Plaintiff,

v.

**RACETRAC PETROLEUM, INC.,**

      Defendant.

_____/

### <u>PLAINTIFF, KIMBERLY HUDGE'S, MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S DISCOVERY REQUESTS</u>

Plaintiff, KIMBERLY HUDGE, by and through the undersigned counsel, and pursuant to the Florida Rules of Civil Procedure, files its Motion for Extension of Time to respond to Defendant's discovery requests, and state:

1. Defendant served initial discovery requests to Plaintiff, KIMBERLY HUDGE, on or about April 16, 2021.

2. The responses to Defendant's discovery requests are due on or about May 17, 2021.

3. Plaintiff, KIMBERLY HUDGE, needs additional time to prepare the responses to the aforementioned discovery requests.

4. Plaintiff requests an extension of (30) days to serve its responses, including objections, to Defendant's discovery requests.

5. Defendant will not be prejudiced by the extension sought.

6. The request for extension is made in good faith and not for purposes of delay.

WHEREFORE, based on the foregoing Plaintiff, KIMBERLY HUDGE, respectfully requests this court enter an order granting this Motion for Extension of Time of (30) days to respond to Defendant's request for admissions, request for production and interrogatories.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished by e-mail delivery to Jeffrey P. Winkler, Attorney for the Defendant, service-jwinkler@bankerlopez.com, Banker Lopez Gassler, P.A., 360 Central Avenue, Suite 700, St. Petersburg, FL 33701, on this 17th day of May, 2021.

By: Jessica A. Orenstein, Esq.
Florida Bar Number:  127182
MORGAN & MORGAN, P.A.
*Attorneys for Plaintiff*
703 Waterford Way, Suite 1050
Miami, FL 33126
Telephone:  786-598-5563
Facsimile:  786-598-5583
jorenstein@forthepeople.com
malsopp@forthepeople.com

2

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIVIL DIVISION

KIMBERLY HUDGE,

      Plaintiff,

v.                                       Case No.: 2021-004697-CA-01

RACETRAC PETROLEUM, INC.,

      Defendant.

_____/

### PLAINTIFF'S NOTICE OF SERVICE OF UNVERIFIED ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

Plaintiff, Kimberly Hudge, by and through the undersigned counsel, pursuant to the relevant Florida Rules of Civil Procedure, hereby files this Notice of Serving Answers to Interrogatories propounded by the Defendant, RACETRAC PETROLEUM, INC., on or about April 16, 2021.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished by e-mail delivery to Jeffrey P. Winkler, Attorney for the Defendant, service-jwinkler@bankerlopez.com, Banker Lopez Gassler, PA, 360 Central Ave., Suite 700, St. Petersburg, Florida 33701 on this 16th day of June, 2021.

*/s/Jessica A. Orenstein, Esq.*
**Jessica A. Orenstein, Esq.**
Florida Bar Number:  127182
MORGAN & MORGAN, P.A.
*Attorneys for Plaintiff*
703 Waterford Way, Suite 1050
Miami, FL 33126
Telephone:  786-598-5563
Facsimile:  786-598-5583
jorenstein@forthepeople.com
malsopp@forthepeople.com
kdiaz@forthepeople.com

Case 1:21-cv-23024-RNS   Document 1-2   Entered on FLSD Docket 08/19/2021   Page 56 of 62

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIVIL DIVISION

KIMBERLY HUDGE,

     Plaintiff,

v.                                         Case No.: 2021-004697-CA-01

RACETRAC PETROLEUM, INC.,

     Defendant.

_____/

## PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST REQUEST FOR ADMISSION

     Plaintiff, by and through the undersigned counsel, hereby files her responses to

Defendant, Racetrac Petroleum, Inc., first requests for admission, as follows:

1. Admit that the amount in controversy in this case does not exceed $75,000.00 and if
   denied, then please list medical expenses, lost wages/earning capacity, and noneconomic
   damages which support your contention that the amount in controversy exceeds
   $75,000.00.

**RESPONSE: Admitted.**

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been
furnished by e-mail delivery to Jeffrey P. Winkler, Attorney for the Defendant, service-
jwinkler@bankerlopez.com, Banker Lopez Gassler, PA, 360 Central Ave., Suite 700, St.
Petersburg, Florida 33701 on this 16th day of June, 2021.

                                              */s/Jessica A. Orenstein, Esq.*
                                              **Jessica A. Orenstein, Esq.**
                                              Florida Bar Number:  127182
                                              MORGAN & MORGAN, P.A.
                                              *Attorneys for Plaintiff*
                                              703 Waterford Way, Suite 1050
                                              Miami, FL 33126
                                              Telephone:  786-598-5563
                                              Facsimile:  786-598-5583
                                              jorenstein@forthepeople.com
                                              malsopp@forthepeople.com

kdiaz@forthepeople.com

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIVIL DIVISION

KIMBERLY HUDGE,

     Plaintiff,

v.                                     Case No.: 2021-004697-CA-01

RACETRAC PETROLEUM, INC.,

     Defendant.

_____/

### PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION

Plaintiff, by and through the undersigned counsel, hereby files her responses to Defendant, Racetrac Petroleum, Inc., first requests for production, as follows:

1. Federal Income Tax Returns and W-2 Forms for the Plaintiff for the three years preceding the date of the incident and to the present date, or alternately, return the executed Request for Copy of Tax Form which is attached.

**RESPONSE: Plaintiff objects to this request as overly broad, vague, and not reasonably calculated to lead to the discovery of admissible evidence. Further, such information is a violation of Plaintiff's right to privacy. Plaintiff is not making a claim for lost wages.**

2. Itemized medical bills incurred by Plaintiff and all medical reports rendered by Plaintiff's treating and examining physicians as a result of the subject incident.

**RESPONSE: See medical bills and records currently in Plaintiff's possession served simultaneously herewith.**

3. Any and all statements taken from Defendant or any witnesses in the above cause.

**RESPONSE: None.**

4. Any and all photographs concerning the subject incident, including, but not limited to the scene, property involved in depicting damages received.

**RESPONSE: None.**

5.  All photographs, slides, movie films, and video tapes taken of the Plaintiff or any Defendant including the Plaintiff or Defendant's property involved in this accident.

**RESPONSE: None.**

6.  Any and all documents of whatever nature or kind which evidence <u>any and all</u> payments made to the Plaintiff on her behalf as a result of this accident.

**RESPONSE: None.**

7.  A certified copy of any policy of insurance which might provide coverage for any of the damages described in the Complaint, including the declaration sheet for any such policy for the period which includes the date of the accident described in the Complaint.

**RESPONSE: Plaintiff objects to this request as overbroad, ambiguous, and not reasonably calculated to lead to the discovery of admissible evidence.**

8.  If any document is withheld on any claim of privilege, or otherwise, pursuant to current law, set forth the following:

    a.  the basis of the privilege claim;

    b.  the author of the document;

    c.  the date of the document;

    d.  the recipient or intended recipient of the document;

    e.  a brief description of the substance of the document;

    f.  all persons who received copies of the document or were shown copies of the document, along with an identification of each such person.

**RESPONSE: Not applicable.**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished by e-mail delivery to Jeffrey P. Winkler, Attorney for the Defendant, service-jwinkler@bankerlopez.com, Banker Lopez Gassler, PA, 360 Central Ave., Suite 700, St. Petersburg, Florida 33701 on this 16th day of June, 2021.

*/s/Jessica A. Orenstein, Esq.*
**Jessica A. Orenstein, Esq.**
Florida Bar Number:  127182
MORGAN & MORGAN, P.A.
*Attorneys for Plaintiff*
703 Waterford Way, Suite 1050
Miami, FL 33126
Telephone:  786-598-5563
Facsimile:  786-598-5583
jorenstein@forthepeople.com
malsopp@forthepeople.com
kdiaz@forthepeople.com

## IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI DADE COUNTY, FLORIDA

### CASE NO: 2021-004697-CA-01

**KIMBERLY HUDGE,**

      **Plaintiff,**

**v.**

**RACETRAC PETROLEUM, INC.,**

      **Defendant.**

_____ /

### NOTICE FOR SERVING PROPOSAL FOR SETTLEMENT

COMES NOW, the Plaintiff, KIMBERLY HUDGE, by and through the undersigned attorney, and hereby notifies the Court that, pursuant to section 768.79, Florida Statutes, and Fla. R. Civ. P. 1,442, he has served a Proposal for Settlement upon the Defendant, RACETRAC PETROLEUM, INC., as certified below.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFIED that a copy of the foregoing has been furnished to counsel of record via the Florida e-portal and/or e-mail to Jeffrey P. Winkler, Esq., Banker Lopez Gassler P.A., 360 Central Ave., Suite 700, St. Petersburg, Florida 33701, service-jwinkler@bankerlopez.com, on this 20th day of July, 2021.

                        */s/Jessica A. Orenstein, Esq.*
                        **Jessica A. Orenstein, Esq.**
                        Florida Bar Number: 127182
                        MORGAN & MORGAN, P.A.
                        *Attorneys for Plaintiff*
                        703 Waterford Way, Suite 1050
                        Miami, FL 33126

Telephone:  786-598-5563
Facsimile:  786-598-5583
jorenstein@forthepeople.com
malsopp@forthepeople.com